UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-434 RHK/AJB

United States of America,

                    Plaintiff,

        v.                          **ORDER FOR EXTENSION OF**
                                    **TIME TO FILE OBJECTION**
                                    **TO REPORT AND RECOMMENDATION**

Gilberto Covarribias-Beltran,

                    Defendant.

---

Christian Wilton, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

        The Defendant's Motion for Extension of Time is GRANTED.

        **IT IS HEREBY ORDERED** that:

        All written objections to the Report and Recommendation be due to Court by

April 25, 2008.

Dated:      3/26/08                  s/Richard H. Kyle
                                     Honorable Richard H. Kyle
                                     United States District Court Judge