## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

Gilberto Covarribias Beltran,

               Defendant.

Criminal No. 07-434 (1) (RHK/AJB)

**ORDER FOR EXTENSION OF
TIME TO FILE OBJECTIONS
AND POSITION PLEADINGS**

The Defendant's Motion for Extension of Time is **GRANTED**.  **IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by August 28, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by September 4, 2008.

There will be no further extensions.

Dated: August 18, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge