# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-434 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Gilberto Covarribias-Beltran, | |
| Defendant. | |

Defendant's Motion for Continuance of Sentencing Hearing (Doc. No. 98) is **DENIED**.

Dated: October 13, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge